■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RIIS POWELL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered November 10, 1983, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVORY SHIRE, Appellant.—Appeal by defendant from an amended judgment of the Supreme Court, Queens County (Rotker, J.), rendered August 29, 1984, adjudicating him to be in violation of probation, upon his plea of guilty, and imposing sentence.

Amended judgment affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9).

The sentence imposed was not excessive. Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.